## UNITED STATES DISTRICT COURT.
Northern District of Alabama
Office of the Clerk

**FEDERAL DEATH PENALTY**

Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1701
(FTS) 229-1701

Perry Mathis
Clerk

Connie M. Collins
Chief Deputy Clerk

April 29, 1997

Mr. Miguel J. Cortez, Jr., Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

U.S.D.C. No.  **CR 90-H-266-E**
        **(CV 95-H-8005-E) 28:2255**
U.S.C.A. No.

IN RE:  **David Ronald Chandler v. USA**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

X    Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral:

Certified record   supplemental record on appeal consisting of:   volume(s) of pleadings, etc.; volume(s) of transcripts;

X    First Notice of Appeal? (YES)/NO  Dates of other Notices:

The following materials **SEALED** in this court (order enclosed) consisting of:

Original papers (court file) and certified copy of docket entries per USCA request.

There was no hearing from which a transcript could be made.

Copy of CJA Form 20 or District Court order appointing counsel.

X    The appellant docket fee has been paid. YES/(NO)  Date Paid:

The appellant has been (GRANTED)/DENIED   leave to appeal in forma pauperis and **GRANTED/DENIED**  a request for certificate of probable cause (order enclosed).

X    The Judge/Magistrate Judge appealed from is:  Honorable Judge James H. Hancock.

The Court Reporter is:    252-6565

This is a **BANKRUPTCY APPEAL**. Please send notice of final order and/or opinion to:  William C. Redden, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

X    This is a **DEATH PENALTY** appeal.


xc:    Counsel

PERRY D. MATHIS, CLERK

By: _Janice McMunn_
        Deputy Clerk

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

97 APR 28 AM 10: 34

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR90-H-266-E |
| vs. | : | & |
| | : | CV95-H-8005-E |
| DAVID RONALD CHANDLER | : | |

NOTICE OF APPEAL

Notice is hereby given that David Ronald Chandler, Defendant in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Order and Judgement of the District Court denying all claims raised by the Defendant pursuant to Rule 33 of the Federal Rules of Criminal Procedure and 28 U.S.C. § 2255 in his Seconded Amended Motion to Vacate the Defendant's Convictions and Sentences and for a New Trial Under 18 U.S.C. § 2255 and Rule 33 of the Federal Rules of Criminal Procedure, and the denial of reconsideration of same, including all subsidiary and procedural claims related thereto, which Final Order and Judgment was entered in this action on the 7th day of April, 1997 and reconsideration denied on the 18th day of April, 1997.

[signatures on next page]

498

This 25ᵗʰ day of April, 1997.

Respectfully submitted,

John R. Martin
MARTIN BROTHERS, P.C.
500 The Grant Building
44 Broad Street, N.W.
Atlanta, GA  30303
(404) 522-0400

Natasha Zalkin
c/o John R. Martin
MARTIN BROTHERS, P.C.
500 The Grant Building
44 Broad Street, N.W.
Atlanta, GA  30303
(404) 522-0400

By: _____
Attorneys for Defendant
David Ronald Chandler

CERTIFICATE OF SERVICE

This is to certify that I have this day served Assistant United States Attorney, Harwell Davis, 109A Jefferson St., Suite 1, Huntsville, AL   35801 with a copy of the within and foregoing **Notice of Appeal** by depositing in the U.S. Mail in a properly addressed envelope with sufficient postage affixed thereon to assure delivery.

This 25ᵗʰ day of April, 1997.


_____
John R. Martin