

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
97 MAY -5 AM 9: 29
N.D. OF ALABAMA
ENTERED
MAY - 5 1997

UNITED STATES OF AMERICA )
)
v. )                    CR90-H-266-E
)                    CV95-H-8005-E
DAVID RONALD CHANDLER a/k/a )
RONNIE CHANDLER. )

## PARTIAL CERTIFICATE OF APPEALABILITY

After the Court entered its Memorandum of Final Decision and Final Judgment in this case, and denied a motion for reconsideration, Chandler filed a notice of appeal on April 28, 1997.

As amended in April 1996, 28 U.S.C. § 2253(c) requires a "circuit justice or judge" to issue a certificate of appealability in order to allow an appeal to be taken from a final order denying relief in a § 2255 case.  The Eleventh Circuit has held that a district court has the power, and indeed the primary obligation, to issue a certificate of appealability. See Hunter v. United States, 101 F.3d 1565, 1583 (11th Cir. 1996)(en banc).  In addition, it is clear that the certificate of appealability requirement applies fully to the present case, since no notice of appeal was filed prior to April 1996.  Id. at 1573.  And, although Chandler has not requested a certificate of appealability in this case, Rule 22(b) of the Federal Rules of Appellate Procedure requires the district court to either issue a certificate of appealability or state why such a certificate should not issue when a notice of appeal has been filed.

501

Under the amended § 2253(c), a certificate of appealability may only issue where the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In addition, in the case of a petition with multiple claims for relief, "the certificate of appealability ... shall indicate which specific issue or issues satisfy the showing required by [§ 2253(c)(2)]." 28 U.S.C. § 2253(c)(3). With the standard enunciated by § 2253(c)(2) in mind, the Court ISSUES a certificate of appealability for the following claims:

(1) Claim III A 1 a: Charles Ray Jarrell Giglio claim;

(2) Claim III A 1 e: Raymond Pointer Giglio claim;

(3) Claim III B 5 g: Brady claim based on Joe Barnwell statement;

(4) Claim III B 6 b: Brady claim based on Mike Bundrum statement;

(5) claim III D 3 a: Ineffective assistance -- failure to present mitigation evidence; and

(6) claim III F: Simmons v. South Carolina claim.

The Court declines to issue a certificate for any other § 2255 claim raised by Chandler for the reasons stated in the memorandum opinions dated December 17, 1996 and April 7, 1997.[1]

DONE this _____5____ day of May, 1997.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1]The Court notes that the requirement of a certificate of appealability in § 2253(c) does not apply to any potential appeal from those aspects of Chandler's petition that seek relief under Fed. R. Crim. P. 33.

2

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1701
(FTS) 229-1701

Perry Mathis
Clerk

Connie M. Collins
Chief Deputy Clerk

May 5, 1997                    **DEATH PEALTY**

Mr. Miguel J. Cortez, Jr., Clerk          U.S.D.C. No.   **CR 90-H-266-E**
U.S. Court of Appeals, 11th Circuit                      **(CV95-H-8005-E) 28:2255**
56 Forsyth Street, N.W.                   U.S.C.A. No.
Atlanta, Georgia 30303

IN RE:  **David Ronald Chandler v. USA**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral:

Certified record   supplemental record on appeal consisting of:   volume(s) of pleadings, etc.; volume(s) of transcripts;

First Notice of Appeal?  **YES/NO**  Dates of other Notices:

The following materials **SEALED** in this court (order enclosed) consisting of:

Original papers (court file) and certified copy of docket entries per USCA request.

There was no hearing from which a transcript could be made.

Copy of CJA Form 20 or District Court order appointing counsel.

The appellant docket fee has been paid.  **YES/NO**   Date Paid:

**X**      The appellant has been **GRANTED/DENIED**     leave to appeal in forma pauperis and **GRANTED/DENIED** a request for certificate of probable cause (order enclosed).
*PARTIAL*

The Judge/Magistrate Judge appealed from is:  James H. Hancock

The Court Reporter is:    252-6565

This is a **BANKRUPTCY APPEAL**. Please send notice of final order and/or opinion to:  William C. Redden, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

This is a **DEATH PENALTY** appeal.

xc:     Counsel                              PERRY D. MATHIS, CLERK

By Janice McMunn
Deputy Clerk